IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| SEAN ANKER and LISA ANKER<br><br>Plaintiffs,<br><br>vs.<br><br>ALLIED PROPERTY & CASUALTY INSURANCE CO., et al.<br><br>Defendants. | Civil Action No. 10-01371<br><br><br>Hon. Gary L. Lancaster, Chief Judge |

### ORDER

AND NOW, upon consideration of *Plaintiffs' Request for Extension of Time to Conduct Mediation* [Doc. 23], it is hereby Ordered that said motion Granted. Accordingly, the Mediation shall be conducted on or before May 17, 2011. All other provisions of This Court's Order of January 27, 2011 shall remain in full force and effect.

_____
Gary L. Lancaster, Chief Judge

Dated: March 15, 2011

cc: All Counsel of Record