IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| SEAN ANKER and LISA ANKER<br><br>Plaintiffs,<br><br>vs.<br><br>ALLIED PROPERTY & CASUALTY INSURANCE COMPANY, ALLIED INSURANCE, INC., AND NATIONWIDE INSURANCE COMPANY,<br><br>Defendants. | Civil Action No. 10-01371 |

## ORDER OF COURT

AND NOW, this **21st** day of April, 2011, the Stipulation for Dismissal with Prejudice [Doc. 26] is hereby approved, and it is so ORDERED.

*/s/ Gary L. Lancaster*
Gary L. Lancaster,
Chief United States District Judge

cc: All Counsel of Record